A partial
Conſideration
of a Promiſ-
ſory Note
cannot be
ſhewn, in
Reduction of
Damages,
in an Action
by the
Promiſee.

### Noble *verſ.* Smith.

S. *Quincy*
&
*J. Adams*  } *for Pl'ff.*          *J. Otis*
&
*R. Auchmuty*  } *for De't.*

**T**HIS Caſe was very largely debated by the Council on both Sides; and the Queſtion was, if Evidence might be given to the Jury, of a partial Conſideration of a Note of Hand, upon which the Plaintiff, Promiſee in the Note, had brought his Action.

The Books produced by the Bar were, Trials *per Pais*, 408; Cunningh. Bills of Exch. 122, 141; 1 Salk. 25, *Meredith & Short*; 2 Ld. Raym'd. 1430, 1431; 1 Stran. 674; 2 Bac. 4; Gilbt. Rep. 154.

*Juſt. Trowbridge* was for admitting the Evidence to go in, in Mitigation of Damages.

*Oliver, Juſt.* was againſt the Admiſſion.

*Cuſhing, Juſt.* of the ſame Opinion.

*Lynde, Juſt.* was of Judge Trowbridge's Opinion, for Admiſſion.

*The Chief Juſtice* acknowledged the Point was of conſiderable Importance, and not without its Diffi-culties on either Side. Many Miſchiefs and Incon-
veniences,

veniences, he ſaid, might ariſe, upon the Refuſal or Admiſſion of ſuch Evidence. On the one Hand, a Note to a conſiderable Amount may be obtained upon a very trifling Conſideration: It ſeems hard that an Inquiring into the Conſideration ſhould be denied, and that Evidence ſhould be refuſed in Diminution of Damages. On the other Hand, People, upon a Settlement of Accounts, or Matters in Diſpute, think themſelves quite ſafe in taking a Note for the Sum due, and reaſonably ſuppoſe all Neceſſity of keeping the Evidence of the Conſideration at an End; it would be big with Miſchief to oblige People to ſtand always prepared to conteſt Evidence that might be offered to the Sufficiency of the Conſideration. This would be doubly ſtrong in Favour of an Indorſee. Upon the whole, as many more, and, I think, greater Inconveniences would naturally ariſe, if ſuch Examinations into the Conſideration of Notes were admitted. I am therefore againſt it in this Caſe. (1)

*The Council for the Defendant*, upon this Reſolution of the Court, given *ſeriatim*, confeſſed Judgment for the Sum ſued for.*

* *Vid.* Styles, 58, *Bruer & Sowthwell*, and 1 Vin. 332, bot., 332 top. Actions (of Aſſum.) (Y).

---

(1) The oppoſite doctrine has long been eſtabliſhed. *Pariſh* v. *Stone*, 14 Pick. 210, *Shaw*, C. J. — "It ſeems very clear that want of conſideration either total or partial may always be ſhown by way of defence; and that it will bar the action or reduce the damages, as it is found to be total or partial reſpectively."